# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 18-3533

———————————————

United States of America

*Plaintiff - Appellee*

v.

Gary Berry

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Western District of Missouri - Kansas City

——————————

Submitted: August 7, 2019
Filed: August 12, 2019
[Unpublished]

——————————

Before COLLOTON, WOLLMAN, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

Gary Berry directly appeals after he pled guilty to receipt of child pornography, and the district court[1] sentenced him to a prison term below the calculated Guidelines

———————————

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

range.  His counsel has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that Berry's sentence is substantively unreasonable because the prison term is greater than necessary to achieve the purposes of sentencing.  Counsel also requests leave to withdraw.

We conclude that the district court did not impose a substantively unreasonable sentence.  <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (sentences are reviewed under deferential abuse-of-discretion standard; discussing substantive reasonableness); <u>see also</u> <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting that when district court has varied below Guidelines range, it is "nearly inconceivable" that court abused its discretion in not varying downward further).  In addition, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.  Accordingly, we grant counsel leave to withdraw, and we affirm.

_____